IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| William G., | |
| Plaintiff, | Case No. 2:22-cv-213 |
| v. | Judge Graham |
| Commissioner of Social Security, | Magistrate Judge Jolson |
| Defendant. | |

Order

This matter is before the Court for consideration of the June 30, 2022 report and recommendation of the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The Magistrate Judge recommended that the Commissioner of Social Security's nondisability finding be reversed and that this case be remanded to the Commissioner and Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g).

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the report and recommendation. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The Court agrees with the report and recommendation (Doc. 12), and it is hereby adopted. The decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner and Administrative Law Judge under Sentence Four of § 405(g).

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: November 7, 2022